# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| United States of America | ) | |
| --- | --- | --- |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Nicole Marie Rogers | ) | Case No. 4:13-cr-046 |

_____

On March 22, 2013, the Government filed an Information charging Ms. Rogers with with the offense of criminal mischief in violation of state and federal statute. It also filed a supporting affidavit from John Rogers, Special Agent for the Bureau of Indian Affairs.

Special Agent Roger's affidavit establishes probable cause to believe that Ms. Rogers may have committed the offense as charged in the Information. Accordingly, court **AUTHORIZES** the Clerk's office to issue a summons for Ms. Rogers to appear before the court.

**IT IS SO ORDERED.**

Dated this 26th day of March, 2013.

>           /s/ Charles S. Miller, Jr.
> Charles S. Miller, Jr.
> United States Magistrate Judge